IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL D. YAZZIE,

       **Plaintiff,**

  vs.

                              **No. CIV 16-0779 LAM**

NANCY A. BERRYHILL,
**Acting Commissioner of
Social Security,**

       **Defendant.**

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 20)*, filed February 3, 2017. Having considered the motion, the Court finds that it is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 20)* is **GRANTED** and the Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and **REMANDS** this case to the Commissioner for further administrative proceedings.

**IT IS FURTHER ORDERED** that the briefing schedule in this matter is **VACATED**.

**IT IS SO ORDERED.**

                                              */s/ Lourdes A. Martínez*
                                              **LOURDES A. MARTÍNEZ**
                                              **UNITED STATES MAGISTRATE JUDGE**
                                              **Presiding by Consent**

SUBMITTED AND APPROVED BY: *(Prior to modification by the Court)*

*Filed Electronically 2/3/2017*
JESSICA MILANO
Special Assistant United States Attorney

*Telephonically approved 2/2/17*
FELIZ M. MARTONE
Attorney for Plaintiff