IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL D. YAZZIE,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

    Defendant.

No. CIV 16-0779 LAM

# FINAL ORDER

**PURSUANT TO** the Court's Order granting *Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)* *(Doc. 20)* entered concurrently herewith, the Court enters this *Final Order* under Fed. R. Civ. P. 58 **REVERSING** and **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

**IT IS SO ORDERED**.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**