IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL D. YAZZIE,

      Plaintiff,

v.                                            No. CIV-16-0779 LAM

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA) (Doc. 23)*, filed on April 27, 2017, wherein Plaintiff asks for an award of **$2,732.35** in attorney fees. Having considered the motion, the record in this case, and relevant law, the Court **FINDS** that the motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA) (Doc. 23)* is **GRANTED**, and Plaintiff is authorized to receive **$$2,732.35** in attorney fees for payment to Plaintiff's attorney for services before this Court, as permitted by the Equal Access to Justice Act, 28 U.S.C. § 2412, and in accordance with *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that, if Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's attorney shall refund the smaller award to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 596 n.4 (2010) (explaining that, if a claimant's counsel is ultimately granted attorney fees under § 406(b) out of

the claimant's benefit award, the claimant's attorney must refund to the claimant the amount of the smaller fee).

**IT IS SO ORDERED**.

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**